**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 13, 2012

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

    Re:    Case No. 11-5128, *Pearlie Green, et al v. Mutual of Omaha Insurance Comp*
             Originating Case No. : 2:10-CV-2487

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Jeanine R. Hance
                                      Case Manager
                                      Direct Dial No. 513-564-7037

cc:  Ms. Courtney Hunter Gilmer
      Mr. Russell E. Reviere
      Mr. Nathan Evan Shelby
      Mr. Robert F. Tom

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 11-5128

Filed: November 13, 2012

PEARLIE M. GREEN; GREGORY A. BURKS

    Plaintiffs - Appellants

v.

MUTUAL OF OMAHA INSURANCE COMPANY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 09/28/2012 the mandate for this case hereby issues today.

COSTS: None